```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

DEBORAH CALDWELL MILLS,        }
                               }
      Plaintiff,               }
                               }       CIVIL ACTION NO.
v.                             }       07-AR-0507-S
                               }
CITIZENS TRUST BANK,           }
                               }
      Defendant.               }
```

**MEMORANDUM OPINION AND ORDER**

    The court is presented with forms filled out by Deborah Caldwell Mills.  She used forms furnished by the Clerk to *pro se* plaintiffs.  The first form is styled "IN FORMA PAUPERIS AFFIDAVIT".  On the said form, Mills checks the request for appointment of an attorney, but fails to check the request for authority to commence an action without prepayment of fees, costs or security.  Because she is not learned in the law, the court will deem her to have requested *in forma pauperis* status, as well as to have an attorney appointed.  Because the second form, her purported complaint, is without colorable merit, demonstrates no basis for jurisdiction in this court and does not appear to be subject to an amendment by which she could state a viable claim, both her request for *in forma pauperis* and her request for the appointment of an attorney are DENIED.

    By separate order, her action will be dismissed without prejudice as facially frivolous.

DONE this 22nd day of March, 2007.

                                             _____
                                             WILLIAM M. ACKER, JR.
                                             UNITED STATES DISTRICT JUDGE